UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NAOMI NYANGATE MATOKE,**

   Plaintiff,

v.                                No. 4:23-cv-0364-P

**MERRICK B. GARLAND, ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 45. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The undersigned reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that Defendant's Motion for Summary Judgment is **GRANTED** and this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **31st day of December 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE